NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK MORENO, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7170

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-1314, Judge Ronald M. Holdaway.

---

**ON MOTION**

---

## ORDER

Frank Moreno, Jr. moves without opposition for extensions of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

FRANK MORENO, JR. V. SHINSEKI                                    2


   The motions are granted.  Moreno's brief (form enclosed) is due within 90 days of the date of filing of this order.

                              FOR THE COURT


                              /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk


s21